# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 843 |
| | : | |
| REAPPOINTMENT TO THE | : | SUPREME COURT RULES DOCKET |
| CONTINUING LEGAL EDUCATION | : | |
| BOARD | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of July, 2020, Manning J. O'Connor, II, Esquire, Allegheny County, is hereby reappointed as a member of the Continuing Legal Education Board for a term of three years, commencing August 1, 2020.